**No. P69/86.**—The Specialty House, Inc. *v.* United States, protest 65/23758 (New York).

Ford, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of rayon labels similar in all material respects to those the subject of *Bruce Duncan Co., Inc., a/c Standard Commodities Import & Export Corp.* v. *United States* (51 Cust. Ct. 27, C.D. 2409), the claim of the plaintiff was sustained.

**No. P69/87.**—Ashear Bros., Inc., et al. *v.* United States, protests 65/7745, etc. (New York).

Ford, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of handkerchiefs similar in all material respects to those the subject of *Ashear Bros., Inc.* v. *United States* (55 Cust. Ct. 238, C.D. 2582), the claim of the plaintiffs was sustained.

Before the Second Division, April 2, 1969

**No. P69/88.**—D. P. Harris Hdw. & Mfg. Co., Inc., et al. *v.* United States, protests 66/2500, etc. (New York).

Ford, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of electric horns similar in all material respects to those the subject of *S. Hiller & Co. et al.* v. *United States* (59 Cust. Ct. 79, C.D. 3082), the claim of the plaintiffs was sustained.

Before the Second Division, April 8, 1969

**No. P69/89.**—Arnold Schwinn & Company *v.* United States, protest 61/12023–12248 (Chicago).

Newman, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of inner tubes similar in all material respects to those the subject of *Seedman International Corp. et al* v. *United States* (60 Cust. Ct. 127, C.D. 3285), the claim of the plaintiff was sustained.